

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00433-CR

**RYAN BOYETTE,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 443rd District Court
### Ellis County, Texas
### Trial Court No. 49045CR

## MEMORANDUM OPINION

Appellant, Ryan Boyette, was convicted of failing to comply with sex offender

registration requirements, a second-degree felony.  *See* TEX. CODE CRIM. PROC. ANN. art.

62.102(a), (b)(3).  The trial court sentenced Boyette to twelve years in prison.

In two issues on appeal, Boyette contends that his sentence was "grossly

disproportionate to the crime and inappropriate to the offender" in violation of the Eighth

Amendment of the United States Constitution and article I, section 13 of the Texas Constitution. *See* U.S. CONST. amend. VIII; TEX. CONST. art. I, § 13. We affirm.

### Boyette's Disproportionate-Sentence Complaints

A disproportionate-sentence claim must be preserved for appellate review. *See* TEX. R. APP. P. 33.1(a)(1); *Rhoades v. State*, 934 S.W.2d 113, 120 (Tex. Crim. App. 1996) (noting that constitutional rights, including the right to be free from cruel and unusual punishment, may be waived); *Mercado v. State*, 718 S.W.2d 291, 296 (Tex. Crim. App. 1986) (en banc); *see also Noland v. State*, 264 S.W.3d 144, 151 (Tex. App.—Houston [1st Dist.] 2007, pet. ref'd) ("[I]n order to preserve for appellate review a complaint that a sentence is grossly disproportionate, constituting cruel and unusual punishment, a defendant must present to the trial court a timely request, objection, or motion stating the specific grounds for the ruling desired.")

At the punishment hearing, Boyette did not assert his disproportionate-sentence claim. The trial court indicated that it was going to sentence Boyette to twelve years in prison. And when asked if there was "[a]ny reason, defendant, why the Court should not impose that sentence at this time," defense counsel responded, "Defendant is not aware of any, [Y]our Honor." Furthermore, Boyette did not raise a disproportionate-sentence claim in his motion for new trial or otherwise present a post-trial objection to the imposed sentence. Therefore, we conclude that Boyette did not properly preserve his complaints on appeal. *See* TEX. R. APP. P. 33.1(a)(1); *Rhoades*, 934 S.W.2d at 120; *Mercado*,

718 S.W.2d at 296; *see also Noland*, 264 S.W.3d at 151.  Accordingly, we overrule both of

Boyette's issues on appeal.

## Conclusion

Having overruled both of Boyette's issues on appeal, we affirm the judgment of

the trial court.


STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Affirmed
Opinion delivered and filed December 14, 2023
Do not publish
[CR25]

